# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL MILES,

      Plaintiff,                      Case No. 14-CV-14673

v.                                    Hon. Laurie J. Michelson
                                        Magistrate Judge Mona Majzoub

SYBRA, LLC,

      Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees, except as specified to the contrary in the parties' written settlement agreement resolving this matter. The parties respectfully request that the Court retain jurisdiction over this action for the limited purpose of enforcing the terms of the written settlement agreement.

IT IS HEREBY ORDERED that this matter is DISMISSED with PREJUDICE and the Court shall retain jurisdiction over this action for the limited purpose of enforcing the terms of the written settlement agreement.

SO ORDERED.

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

Dated: February 12, 2015

Agreed as to form and content.

| */s/ Owen B. Dunn, Jr. (w/consent)* | */s/James F. Hermon* |
|---|---|
| Owen B. Dunn, Jr. | James F. Hermon |
| Counsel for Plaintiff | Counsel for Defendant |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 12, 2015.

                                            s/Jane Johnson
                                            Case Manager to
                                            Honorable Laurie J. Michelson